

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Parents (BAND)                                      Plaintiff
Vicki L. Chaney Gooden

Cristofer Stewart, Band Teacher                     Defendant
Jackson Public Schools District

3:25-CV-710-CWR-LGI

## COMPLAINT

COMES NOW, plaintiff, Parents of Band Students and Vicki L. Chaney Gooden, pro se, and for the cause of action against Cristofer Stewart

### State: JURISDICTRION

This complaint has been filed in violation of band parents and band students rights NO CHILD LEFT BEHIND ACT, Civil Rights Act Retaliation Discrimination Title IX and Section 504.

Cristofer Stewart, Band Teacher for Jackson Public Schools at Forest Hill (University of South Jackson) failure to inform parents that students will be subject to removal from any field performances as a result of joining other school-related clubs or sports, failure to provide liable transportation to and from after-school practice, inability to attend other students home for practices, attend school-related events, attend practice while school is closed for Professional Development, upper classmen being able to take performance spot, lack of experience, but not subjected to the entire entering class with same amount of experience, unable to attend summer camp for any reason, excused absentees, unable to attend mandatory practices passed 7:00 p.m. Monday thru Thursday, unable to attend daily after-school practices during testing weeks. Stewart allowed students to

stay for afternoon practice while school closed early for Professional Development from 2:25 p.m until past 7:30 p.m. (practice starts at 4:10 p.m.) without feeding or supervision. Stewart failed to inform parents that any overpayment of band dues or other unused funds will not be refunded and that any portion will not be refunded due to the teacher removing students at no-fault, failure to include males as chaperones.
Stewart has allowed certain students to perform on the field after missed practices and fighting inside the band hall. Stewart has posted monthly birthdays and achievements for certain students and continues to use a self-created app for communication after the district created a new platform for all communication.

## I.

Plaintiff is an adult resident citizen of the County of HInds, State of Mississippi. The defendant, Cristofer Stewart is an adult resident citizen of the County of Hinds. State of Mississippi.

## FACTS

Regular and IEP's students in the band at this public High School district have been either removed or prevented from performing field performance, even when performance content has not changed, due to questioning fair practices, joining school educational clubs, taking summer vacations, either court order or not, attending school educational events. Students have been threatened to be given a "0" or "F" for not attending off-campus events, after-school practices or even leaving after-school practices early, regardless if excuses are provided or having

transportation issues. Stewart has targeted "specific" students with differences by not posting monthly birthdays and academic achievements as others on the band app, which is visible for both students and parents. Students have been isolated on the field and forced to watch teammates perform and practice. Students have been penalized for not having experience, as upperclassmen and counter classmen with the same school experience from Middle School to High School. Students have been penalized for missing after-school practice when school is closed for Professional Development. Students have been retaliated against and discriminated for filing formal complaints in which personal relationships are questionable in connection to any previous complaints or criminal charges. Students have been replaced by upperclassmen and positions revoked after several prior field performances. Students have been coerced to have after-school practices at other students' homes when practice is canceled or on the weekends. Students have been given intentional incorrect communication via band self-app about attire for games in order to be removed from field performances.

As a result, students have suffered an enormous amount of emotional and mental anguish, self-sorrow, lack of interest, frightened for actions, but not limited to.

Parents have not been informed that band positions could be taken by upperclassmen for lack of experience or school-related events. Parents and students have not been informed that joining outside extra-curricular activities are prevented. Parents have been inconvenience by having to bring correct uniform shirts before games due to the incorrect information provided by the band app, which has been prohibited by the district. Parents were not informed that after-school practices are mandatory even when the school closes for Professional Development, lack of transportation or safety concerns for attending other students' homes. Parents and students have not been informed that after-school practice will last past 7:30 p.m four days a week, even during testing weeks, though students attend classroom practice 2-3 times a week. Parents have had issues about late night practices in prior years. Parents have not been informed that excused absentees could still result in removal from field practices. Parents have not been informed that students will not be able to

perform if absent from practice the day before a scheduled performance, even if school-related or excused. Male parents have been denied to chaperone for events as males have been in shortage. Parents have been denied refund from overpayment of summer lunches, when school is a feeder for free lunches. Parents have suffered emotional and mental anguish due to extended practice hours 4 times a week and not being able to watch students perform. Parents have suffered loss of interest due to the male chaperone shortage and not being able to chaperone, as a male, not limited to.

## RELIEF

Parents are seeking copy of financial statements from May 2025 to current, reimbursement from overpaid summer lunches or band dues, band suspension, removal of band teacher and/or maximum amount allowed, but not limited to $200,000.00.

Respectfully submitted, this the 22nd day of September 2025.

_____ Plaintiff
Parents (Band)
Vicki L. Chaney- Gooden (601)882-7189
3071 Suncrest Drive
Jackson, MS 39212